IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JXW SMITH,

      Petitioner,

v.                                 CASE NO. 5:11-cv-193-RS-GRJ

PAIGE AUGUSTINE,
WARDEN,

      Respondent.
_____/

## REPORT AND RECOMMENDATION

On September 26, 2013, the undersigned ordered Petitioner to show cause on or before October 16, 2013, as to why this case should not be dismissed for failure to prosecute because a review of the Bureau of Prisons' online inmate locator reflects that Petitioner has been released from confinement, and Petitioner has not provided the Court with a change of address.  Doc. 16.  The order to show cause was returned to the Court as undeliverable.  Doc. 17.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute**.**

**IN CHAMBERS**  this 10th day of October 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**