IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JXW SMITH,

    Petitioner,

v.                              CASE NO. 5:11-cv-193-RS-GRJ

PAIGE AUGUSTINE WARDEN,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on November 12, 2013.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**